

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-17-00007-CR

_____


MARGARET FAYE LITCHFIELD, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 52nd District Court
Coryell County, Texas
Trial Court No. 15-22720


Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

The clerk's record in this appeal was filed January 3, 2017, the reporter's record was filed April 28, and the appellant's brief was originally due May 5. This Court extended that briefing deadline twice on the motions of Litchfield's appellate counsel, resulting in the most recent due date of July 31, 2017. We informed counsel when we granted his second motion that further extensions would not be granted absent extraordinary circumstances. Litchfield's counsel has now filed a third motion seeking an additional extension of the briefing deadline.

We have reviewed counsel's third motion to extend time and find a dearth of extraordinary circumstances that would warrant an additional extension of the filing deadline. We have also reviewed the case file and record on appeal. We have been provided with no compelling information to convince us that this brief requires more time to prepare.

The motion to extend time to file Litchfield's appellate brief is denied. We hereby order counsel to file Litchfield's brief with this Court on or before August 15, 2017.

IT IS SO ORDERED.

BY THE COURT

Date:   August 1, 2017